IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Alem Woldeghergish, | : | |
| | : | Case No. 1:26-cv-891 |
| Petitioner, | : | |
| | : | Judge Susan J. Dlott |
| v. | : | |
| | : | Order |
| Matthew Putra, U.S. Immigration and Customs Enforcement, Director of Detroit Field Office, Enforcement and Removal Operations, *et al.*, | : | |
| Respondents. | | |

Petitioner, Alem Woldeghergish, brings this second Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241. In order to preserve its jurisdiction, and pursuant to its authority under the All Writs Act, the Court **ORDERS** that Respondents shall neither remove Woldeghergish from this District nor allow him to be removed from this District unless or until the Court orders otherwise.[1] *See* 28 U.S.C. § 1651(a). This order should not be construed as an expression of the Court's views on the merits of this matter. *See Wheaton Coll. v. Burwell*, 573 U.S. 958, 959 (2014).

The Clerk is **DIRECTED** to serve a copy of the Habeas Petition and its accompanying papers, along with a copy of this Order, by email to Kevin J. Gerrity at kevin.gerrity@bcohio.gov; by email to Patrick R. Oelrich at patrick.oelrich@bcohio.gov; and by email to John J. Stark on behalf of the United States Attorney's Office for the Southern District of Ohio at john.stark@usdoj.gov. Counsel for Respondents shall promptly file a notice of appearance.

[1] The Court's directive applies with equal force to any individual, group, or entity working in concert with or on behalf of Respondents.

Respondents are ordered to show cause why this second Habeas Petition should not be granted by filing a Return of Writ no later than Friday, September 11, 2026. If Respondents challenge the release of Woldeghergish, they shall include with the Return of Writ a sworn statement of how many Eritrean citizens have been removed from the United States to Eritrea in 2026. Petitioner may file a Reply brief by Thursday, September 17, 2026.

**IT IS SO ORDERED.**

BY THE COURT:

S/Susan J. Dlott
Susan J. Dlott
United States District Judge